# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1852
Lower Tribunal No. 2023-CJ-002329

_____

S.C.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
William D. Sites, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and SMITH, JJ., concur.


Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Polk, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED